**6**

**Louis H. HARMON v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 8, 1925.)

No. 4432.

In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge.

John J. Smolenski, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Dismissed, in pursuance of motion of counsel for defendant in error.